**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **GERARDO MALDONADO, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-1390-FB** |
| | ) | |
| **THE GEO GROUP, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE</u>

Before the Court is the Motion for Admission <u>Pro Hac Vice</u> (docket no. 6) filed by Mauro F. Ruiz, wherein out-of-district counsel seeks leave to appear <u>pro hac vice</u> as counsel on behalf of the plaintiff.

The Court hereby GRANTS counsel leave to appear <u>pro hac vice</u> in this cause.  The Court further ORDERS that counsel familiarize himself with the Local Court Rules for the Western District of Texas.  Should counsel apply to appear <u>pro hac vice</u> in any other action in the Western District of Texas, counsel shall advise this Court of such application.  The Court will then order counsel to apply for admission to the Western District of Texas.

All counsel are ordinarily required to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance <u>pro hac vice</u> in any case. However, this Court has made an exception for out-of-district counsel if counsel's practice in the Western District will be limited to one or two cases.  Should counsel desire to appear in another case in the district <u>pro hac vice</u>, it is counsel's duty to notify the Court in which counsel appears of this earlier application.

It is so ORDERED.

SIGNED this 18th day of December, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE