UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

GERARDO MALDONADO, JR.          §
                                §
v.                              §   CIVIL ACTION NO. 5:19-cv-01390-FB (HJB)
                                §              (JURY DEMANDED)
THE GEO GROUP, INC.             §

## DEFENDANT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, The GEO Group, Inc. and files this Unopposed Motion for Protective Order.  Defendant shows as follows:

1.     This action was commenced against Defendant The GEO Group, Inc. ("GEO") on November 29, 2019.  (Docket Entry "DE" 1).  Plaintiff's First Amended Original Complaint & Jury Demand allege national origin, age, and disability discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act ("ADEA"), and the Americans with Disabilities Act ("ADA").  (DE 7, pp. 7-8).

2.     The Parties believe that certain records produced by the Parties and deposition testimony in this litigation may contain information of a highly personal and sensitive nature regarding both parties and non-parties to this litigation.

3.     For example, such personal and sensitive information entitled to protection may include, but is not limited to, deposition testimony and documents related to personnel files of former and current GEO employees, information regarding detainees housed in GEO facilities, and financial information regarding the Parties.

4.     The Parties ask this Court to enter a Protective Order regarding such personal and

sensitive information.  Given the sensitive nature of such information, the Parties seek to limit disclosure to only Counsel and/or the Parties in this lawsuit, and for use in this lawsuit.

5.      The Parties seek a Protective Order from this Court that such personal and sensitive information as designated by the Parties be used by the Parties, and their attorneys and staff, experts, court reporters, and any and all persons associated with the Parties and their representatives in reference to this lawsuit only, and should not be disclosed, produced to, or discussed with, anyone outside this lawsuit.

6.      The protective order does not apply to pleadings or other documents previously filed with the Court in this action.

7.      The production of documents related to the specific matters referenced above is not a waiver of any objections to the admissibility and/or use of any portion of the documents in pre-trial proceedings or at trial.

8.      The Parties ask that the Protective Order remain in effect until further order of this Court, and that all persons, other than the Parties and their attorneys, be required to comply with the contents of the Protective Order.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court enter the attached Protective Order, and grant other further relief to which they may be justly entitled.

Respectfully submitted,

/s/*Jennifer Childress*
BRIDGET ROBINSON
State Bar No. 17086800

JENNIFER CHILDRESS
State Bar No. 00789220

WALSH GALLEGOS TREVIÑO
  RUSSO & KYLE P.C.
P. O. Box 2156
Austin, Texas  78768
Office:  (512) 454-6864
Fax:     (512) 467-9318
Email:   brobinson@wabsa.com
         jchildress@wabsa.com

ATTORNEYS FOR DEFENDANT
THE GEO GROUP, INC.


## CERTIFICATE OF CONFERENCE

I hereby certify that the parties conferred via email and letter correspondence multiple times, including on October 16, 2020, December 2, December 3, and December 4, 2020, regarding the attached Protective Order and reached agreement consistent with FED. R. CIV. P. 29(b).


/s/*Jennifer Childress*
JENNIFER CHILDRESS

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mauro F. Ruiz                          Carlos Yzaguirre
Ruiz Law Firm, P.L.L.C.                Yzaguirre Law Firm, PLLC
118 West Pecan Blvd.                    6521 North 10th Street, Suite A
McAllen, TX 78501                      McAllen, TX 78504


                                       */s/Jennifer Childress*
                                       JENNIFER CHILDRESS