UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GERARDO MALDONADO, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-19-CA-1390-FB (HJB) |
| | § | |
| THE GEO GROUP INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER SETTING
VIDEO HEARING**

Before the Court is Plaintiff's Opposed Motion to Extend Time to Comply with Expert/Witness/Exhibit Deadline. (Docket Entry 46.) It is hereby **ORDERED** that Plaintiff's motion is set for hearing on **March 8, 2021**, at **10:30 A.M.** The hearing will be held by video teleconference using the Zoom video platform. The parties will be contacted by email in advance of the hearing date with further instructions for joining the hearing.

If the parties have a different email address for Zoom than the email addresses currently listed on CM/ECF, they need to notify court chambers **on or before March 5, 2021**, at **wendy_branham@txwd.uscourts.gov**.

**SIGNED** on February 11, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge