UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

GERARDO MALDONADO, JR.,                §
                                       §
            Plaintiff,                 §
                                       §
v.                                     §          SA-19-CA-1390-FB (HJB)
                                       §
THE GEO GROUP INC.,                    §
                                       §
            Defendant.                 §

**ORDER SETTING
VIDEO HEARING**

Before the Court is Plaintiff's Opposed Motion to Comply Written Communications Between Three GEO Lawyers and GEO Corporate Representative James Black During Zoom Deposition. (Docket Entry 49.) It is hereby **ORDERED** that Plaintiff's motion is set for hearing on **March 25, 2021**, at **2:30 P.M.** The hearing will be held by video teleconference using the Zoom video platform. The parties will be contacted by email in advance of the hearing date with further instructions for joining the hearing.

If the parties have a different email address for Zoom than the email addresses currently listed on CM/ECF, they need to notify court chambers **on or before March 19, 2021**, at **wendy_branham@txwd.uscourts.gov**.

**SIGNED** on February 16, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge