UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GERARDO MALDONADO, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-19-CA-1390-FB (HJB) |
| | § | |
| THE GEO GROUP INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER SETTING MOTIONS HEARING**

Before the Court are the following motions pending in this case: (1) Plaintiff's Opposed Motion to Extend Time to Comply with Expert/Witness/Exhibit Deadline (Docket Entry 46); (2) Plaintiff's Opposed Motion to Comply Written Communications Between Three GEO Lawyers and GEO Corporate Representative James Black During Zoom Deposition (Docket Entry 49); and (3) Plaintiff's Opposed Motion to Strike Objections and Compel Discovery Responses (Docket Entry 51).  Pretrial matters in this case have been referred to the undersigned for consideration pursuant to 28 U.S.C. § 636(b).  (*See* Docket Entry 15.)

It is hereby **ORDERED** that all three motions will be heard at the hearing previously set in this case for **March 8, 2021**, at **10:30 A.M.**  (*See* Docket Entry 48.)  The hearing previously set for March 25, 2021 (*see* Docket Entry 52) is **CANCELLED.**

The hearing will be held by video teleconference using the Zoom video platform.  The parties will be contacted by email in advance of the hearing date with further instructions for joining the hearing.  If the parties have a different email address for Zoom than the email addresses currently listed on CM/ECF, they need to notify court chambers **on or before March 5, 2021**, at **wendy_branham@txwd.uscourts.gov**.

It is **FURTHER ORDERED** that the parties must confer in good faith regarding the specific relief requested in the motions (Docket Entries 46, 49, and 51).[1]  After this conference, the parties must file a Joint Advisory specifying those matters which, even after conference, require resolution by this Court. Such Joint Advisory must be filed by **5:00 P.M. on March 5, 2021**.

The parties are advised that, pursuant to Federal Rule of Civil Procedure 37(a)(5)(A), the Court will consider at the hearing whether expenses must be awarded against either party.  The Court will typically not award such expenses if it finds that the parties have conferred in good faith as required by this Order, and that (i) the movant reasonably attempted to resolve the dispute without court action, (ii) the opposing party's continued nondisclosure, response, or objection is substantially justified, or (iii) other circumstances make an award of expenses unjust.  *See id.* However, if the Court finds that the either party has not conferred in good faith, or that despite such conference the party has taken an unjustifiable position with regard to any unresolved matter, the Court will apportion expenses accordingly, and determine whether such expenses must be paid by "the party or the attorney . . . or both." *Id.*

**SIGNED** on March 1, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge

---

[1]  This requirement is in addition to the pre-filing conference required by Local Rule CV-7(i).

2