UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GERARDO MALDONADO, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-19-CA-1390-FB (HJB) |
| | § | |
| THE GEO GROUP INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court are the following motions pending in this case: (1) Plaintiff's Opposed Motion to Extend Time to Comply with Expert/Witness/Exhibit Deadline (Docket Entry 46); (2) Plaintiff's Opposed Motion to Compel Written Communications Between Three GEO Lawyers and GEO Corporate Representative James Black During Zoom Deposition (Docket Entry 49); and (3) Plaintiff's Opposed Motion to Strike Objections and Compel Discovery Responses (Docket Entry 51). Pretrial matters in this case have been referred to the undersigned for consideration pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 15.)

A hearing was held on the above motions on March 8, 2021. In accordance with the Court's rulings at the hearing, it is hereby **ORDERED** as follows:

(1)     Plaintiff's Opposed Motion to Extend Time to Comply with Expert/Witness/Exhibit Deadline (Docket Entry 46) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

(a)     Plaintiff must file his designation of potential witnesses, testifying experts, and proposed exhibits, and serve, but not file the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) **on or before March 19, 2021**.

In response, Defendant *may* amend their designation of potential witnesses, testifying experts, and proposed exhibits, and serve, but not file any additional materials required by Rule 26(a)(2)(B) **on or before April 19, 2021**.

(b)    The parties must complete discovery on by **May 26, 2021**, as follows: (i) both parties may conduct discovery until **March 26, 2021**. Thereafter, Defendant may conduct discovery regarding new matters in Plaintiff's designation as discussed in Paragraph (1)(a) of this Order. If Defendant amends its responsive designation as discussed in Paragraph (1)(a), Plaintiff may conduct discovery regarding new matters in Defendant's responsive designation. By the parties' agreement such discovery may continue beyond the May 26, 2021, deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no other deadline will be extended merely because of information obtained in post-deadline discovery.

(c)    The parties must mediate this case on or before **June 11, 2021**, unless the parties seek an Order from the Court excusing them from mediation.

(d)    All dispositive motions must be filed by **June 25, 2021**.

(2)    Plaintiff's Opposed Motion to Compel Written Communications Between Three GEO Lawyers and GEO Corporate Representative James Black During Zoom Deposition (Docket Entry 49) is **DENIED AS WITHDRAWN**.

(3)    Plaintiff's Opposed Motion to Strike Objections and Compel Discovery Responses (Docket Entry 51) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

(a)    **On or before March 19, 2021**, Defendant must:

    (i)    amend its response to Plaintiff's Interrogatory No. 9 to indicate the responsive documents that have been produced;

    (ii)    amend its response to Plaintiff's Request for Production No. 1 to indicate the matters produced and withheld regarding Robert Farley;

    (iii)    produce to Plaintiff any consulting agreements that it currently has with David Donahue, Reed Smith, Joe Woodring and Billie Joe Shelton, providing redacted copies to Plaintiff and both redacted and unredacted copies to the Court for *in camera* review; and

    (iv)    Provide all documents showing the disciplinary actions taken against Billie Joe Shelton as a result of the Office of Professional Responsibility investigation regarding the same incident in which Plaintiff was investigated.

(b)    All other relief, including the awarding of expenses against either party under Federal Rule of Civil Procedure 37(a), is **DENIED WITHOUT PREJUDICE**, but is subject to reconsideration by the Court at a later date, if necessary.

**SIGNED** on March 8, 2021.

                    _____
                    Henry J. Bemporad
                    United States Magistrate Judge