UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GERARDO MALDONADO, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-19-CA-1390-FB (HJB) |
| | § | |
| THE GEO GROUP INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court Plaintiff's Opposed Motion to Strike Objections and Compel Discovery Responses.   (Docket Entry 51.)   Pretrial matters in this case have been referred to the undersigned for consideration pursuant to 28 U.S.C. § 636(b).  (*See* Docket Entry 15.)

On March 8, 2021, the Court granted Plaintiff's motion in part, ordering *inter alia* that Defendant produce to Plaintiff any consulting agreements that it currently has with David Donahue, Reed Smith, Joe Woodring and Billie Joe Shelton, providing redacted copies to Plaintiff and both redacted and unredacted copies to the Court for *in camera* review.  (Docket Entry 58, at 3.)  On March 19, 2021, the Court received the unredacted copies of the documents as ordered. Having reviewed the documents, the Court finds that no further production is required at this time.

It is so **ORDERED**.

**SIGNED** on March 24, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge