UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

GERARDO MALDONADO, JR.,                    §
                                           §
              Plaintiff,                   §
                                           §
v.                                         §          SA-19-CA-1390-FB (HJB)
                                           §
THE GEO GROUP INC.,                        §
                                           §
              Defendant.                   §

**ORDER SETTING**
**VIDEO HEARING**

Before the Court is Plaintiff's Opposed Motion for Leave to File Second Amended Complaint (Docket Entry 70) and Defendant's Motion to Compel (Docket Entry 71). It is hereby **ORDERED** that the parties' motions are set for hearing on **June 17, 2021**, at **1:30 P.M.** The hearing will be held by video teleconference using the Zoom video platform. The parties will be contacted by email in advance of the hearing date with further instructions for joining the hearing.

If the parties have a different email address for Zoom than the email addresses currently listed on CM/ECF, they need to notify court chambers **on or before June 11, 2021**, at wendy_branham@txwd.uscourts.gov.

**SIGNED** on May 14, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge