UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

GERARDO MALDONADO, JR.,                §
                                       §
             Plaintiff,                §
                                       §
v.                                     §          SA-19-CA-1390-FB (HJB)
                                       §
THE GEO GROUP INC.,                    §
                                       §
             Defendant.                §

## ORDER ADDING MOTION
## TO HEARING

Before the Court is Defendant's Opposed Motion for Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment (Prima Facie Case Only). (Docket Entry 81). It is hereby **ORDERED** that Defendant's motion is added to and will be heard at the hearing already set in this case on **June 17, 2021**, at **1:30 P.M.**

The parties are reminded that the hearing will be held by video teleconference using the Zoom video platform. The parties will be contacted by email in advance of the hearing date with further instructions for joining the hearing. If the parties have a different email address for Zoom than the email addresses currently listed on CM/ECF, they need to notify court chambers **on or before June 11, 2021**, at wendy_branham@txwd.uscourts.gov.

**SIGNED** on June 4, 2021.

Henry J. Bemporad
United States Magistrate Judge