UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

GERARDO MALDONADO, JR.,                §
                                       §
            Plaintiff,                 §
                                       §
v.                                     §            SA-19-CA-1390-FB (HJB)
                                       §
THE GEO GROUP INC.,                    §
                                       §
            Defendant.                 §

**ORDER CANCELLING HEARING**

In light of the parties' Joint Advisory to the Court (Docket Entry 83) filed on today's date, wherein it is indicated that this case settled during mediation, it is hereby **ORDERED** that the hearing on **June 17, 2021**, is **CANCELLED** and the parties are excused from appearing on that date.

It is **FURTHER ORDERED** that the Plaintiff's Opposed Motion for Leave to File Plaintiff's Second Amended Complaint and Jury Demand (Docket Entry 70), Defendant's Motion to Compel (Docket Entry 71), and Defendant's Opposed Motion for Extension of Time to Respond to Plaintiff's Summary Judgment Motion (Docket Entry 81) are **DENIED AS MOOT**.

**SIGNED** on June 16, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge