IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

GERARDO MALDONADO, JR.,           §
                                  §
        Plaintiff,                §
                                  §
VS.                               §        CIVIL ACTION NO. SA-19-CV-1390-FB
                                  §
THE GEO GROUP, INC.,              §
                                  §
        Defendant.                §

### ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

Before the Court is the Stipulation of Dismissal with Prejudice filed on June 30, 2021 (docket #85). Plaintiff stipulates to the dismissal with prejudice of all claims and causes of action that were or could have been brought in this case against Defendant The GEO Group, Inc., and all current and former employees, agents, and representatives of The GEO Group, Inc., including but not limited to its officers, representatives, agents, attorneys, insurers, contractors, trustees, and employees, all in both their official and individual capacities, based on the factual allegations made in this case. The Court finds the stipulation of dismissal signed by both parties has merit and this case should be dismissed with prejudice..

Accordingly, IT IS HEREBY ORDERED that the Stipulation of Dismissal with Prejudice (docket #85) is GRANTED such that IT IS HEREBY ORDERED, ADJUDGED and DECREED that this case is DISMISSED WITH PREJUDICE to Plaintiff's ability to re-file this case or any part thereof against Defendant The GEO Group, Inc. This dismissal is with prejudice to all claims and causes of action that were or could have been brought in this case and is with prejudice to re-filing against The GEO Group, Inc., and all current, future and former officers, employees, agents, attorneys, insurers, contractors, and representatives of The GEO Group, Inc., all in both their official and individual capacities, based on the factual allegations made in this case or for any other matter which has occurred at any time up to the signing of this Order of Dismissal with Prejudice and Final Judgment.

IT IS FURTHER ORDERED that the parties will bear their own costs and attorneys' fees. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of June, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE